**EXHIBIT A**

Ilir Lecaj, a man
15 Juniper Street
Ipswich, MA, 01938

Case # 1640SC000020

## IPSWICH DISTRICT COURT
## SMALL CLAIMS

| | |
|---|---|
| Ilir Lecaj, a man, *Plaintiff* | ) ) ) CASE NR: _____ |
| Vs. Robert O. Magnuson (President) J.C. Christensen and Associates, Inc *Defendant* | ) ) VERIFIED COMPLAINT FOR DAMAGES ) ) JURY TRIAL DEMANDED ) ) |

Comes now, Ilir Lecaj, a consumer, claiming wrong doing by the defendant as follows;

### INTRODUCTION

1. This claim is an action brought by the Plaintiff for violation of Consumer Protection Laws, Fair Credit Reporting Act (15 USC 1681), M.G.L. c. 93A §2, 940 CMR 7.00 and violation of MGL Ch.93, §66.

### THE PARTIES

2. Plaintiff, Ilir Lecaj, is now and at all times relevant to this action an American National. Plaintiff is a "consumer" as that term is defined within 15 U.S.C. §1692a(3) and M.G.L. c. 93, §49, (940 CMR 7.00).

3. Defendant "J.C. Christensen and Associates, Inc" is debt collector, with principal place of business: 200 14th Avenue East, Sartell, MN, 56377. J.C. Christensen and Associates, Inc" is registered to do business in Massachusetts.

4. Defendant J.C. Christensen and Associates, Inc, is debt collector as the term is defined by FDCPA 1692a (6), and M.G.L. c. 93A, s. 2 (209 CMR 18.02) and furnishers of information per FCRA, 15 U.S.C. §1681s-2.



## II. JURISDICTION AND VENUE

5. This court has jurisdiction under Massachusetts General Law chapter 93A, is referred to as the Consumer Protection Act. The law provides for actions by the Attorney General, or by individuals.

### VENUE

6. The occurrences which give rise to this action occurred in Essex County, Massachusetts and Plaintiff resides in Essex County, Massachusetts. Venue is proper in the Ipswich District Court.

## III. FACTUAL ALLEGATIONS

7. Plaintiff brings this action regarding the defendant in their continued attempts to collect an alleged debt defendant claim is owed to them. However Plaintiff is without knowledge of the alleged debt defendant's claim is owed.

8. On and about April 26, 2015 this Plaintiff received a dunning letter from the defendant J.C. Christensen and Associates, Inc. where is alleged that the Plaintiff "owes an account" to defendant. (See exhibit A).

9. On and about May 2, 2015 this Plaintiff served a Notice for Validation of Debt. The notice required the defendant J.C. Christensen and Associates, Inc to validate and verify their alleged debt pursuant to 15 USC§1692g. The Notice was received on May 6, 2015 by the Defendant J.C. Christensen and Associates, Inc. (see Exhibit B)

10. On and about June 2, 2015 this Plaintiff obtained his credit report from Experian and realized the defendant J.C. Christensen and Associates, Inc. has obtained Plaintiff's credit file on April 21, 2015 without a permissible purpose twice. One Credit Pull is under the "Inquiries Shared with Others" (Hard Pulls) and the other is under "Inquiries shared only with you" (soft pulls). (See exhibit C).

11. On and about July 4, 2015 this Plaintiff sent Intent to Sue letter to defendant J.C. Christensen and Associates, Inc. On this letter the Plaintiff expressed the will to resolve the matter amicably. (See exhibit D).

12. On and about July 20, 2015 this Plaintiff received an answer of his "Intent to Sue" letter from the defendant J.C. Christensen and Associates, Inc. where is explained the reason for the credit pull. According to Delilah Stellmach, JCC has completed the investigation and the Credit Inquiries are permissible pursuant to 1681(3)(a). (See exhibit E).

13. On and about July 16, 2015 this Plaintiff obtained another new credit report from Experian and realized the defendant J.C. Christensen and Associates, Inc. has not removed the credit pulls from the credit report. (See exhibit F).

14. Accordingly the discovery of the violations stated herein occurred on April 21, 2015, and are within the statute of limitations as defined in the FCRA, 15 USC§1681p.

IV.  **FIRST CAUSE OF ACTION**
**VIOLATION OF 15 U.S.C.§1681b(f) FCRA and MGL Ch.93, §51(3)**
**UNPERMISSABLE CREDIT INQUERIES**
**(J.C.CHRISTENSEN AND ASSOCIATES, INC.)**

15. Paragraphs 1-14 are re-alleged as though fully set out herein.

16. Plaintiff is a "consumer" within the meaning of the FCRA, 15 U.S.C.§1681a(c).

17. J.C. Christensen and Associates, Inc is a furnisher of information within the meaning of the FCRA, 15 USC. §1681s-2.

18. Experian is a consumer reporting agency as defined in 15 U.S.C. §1681(f), regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports as defined in 15 U.S.C. §1681(a)(b), to third parties for monetary compensation.

19. J.C. Christensen and Associates, Inc violated FCRA by obtaining Plaintiff's credit report. FCRA's permissible purpose gives right to enquire the credit file only on behalf of the Creditor. J.C. Christensen and Associates, Inc violated twice the FCRA by obtaining Plaintiff's credit file. J.C. Christensen and Associates, Inc and Experian willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
  (a) J.C. Christensen and Associates, Inc willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.
  (b) Experian willfully violated 15 U.S.C. §1681b by furnishing Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.



20. On the FTC Staff Report with Summary of Interpretations "**40 Years of Experience with the FDCPA**", page 44 (3)(B), FTC and later supported by CFPB, defines the "permissible purpose". Here is what in short says: (**see Exhibit G**) .

B. **Debt collection.** A collection agency, detective agency, private investigator, or attorney has a permissible "collection" purpose under this section to obtain a consumer report on a consumer for use in obtaining payment of that consumer's account on **behalf of a creditor**. A creditor may obtain a consumer report on an existing account to formulate its collection strategy. An attorney collecting a debt for a creditor client has a permissible purpose to obtain a consumer report on the debtor to the same extent as the client.

21. Plaintiff has endured significant economic harm as a result of the erroneous credit reporting and failure to verify and or validate their alleged debt although requested.

22. WHEREFORE, Plaintiff demands judgment for damages against **J.C. Christensen and Associates, Inc** for actual or statutory damages $1000 per violation, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## V.  SECOND CAUSE OF ACTION
## INVASION OF PRIVACY – VIOLATION OF MGL Ch.93, §66
### J.C. Christensen and Associates, Inc

23. Paragraphs 1-36 are re-alleged as though fully set out herein.

24. Defendant J.C. Christensen and Associates, Inc is a "debt collector" and a stranger to the Plaintiff. Plaintiff has no contractual relationship with this defendant, and has never applied for credit or services with this defendant.

25. On or about April 21, 2015, defendant J.C. Christensen and Associates, Inc, illegally obtained Plaintiff's consumer credit report of mine. Defendant J.C. Christensen and Associates, Inc is NOT a creditor, therefore defendant illegally obtained Plaintiff's consumer credit report constitutes a Tort claim for Invasion of Privacy.

26. The Plaintiff's right to privacy is also an enumerated Constitutional right, both in the Commonwealth and Federal Constitution. Plaintiff has been damaged in that their proprietary, confidential, most personal information was unlawfully and illegally breached by defendant J.C. Christensen and Associates, Inc. Importantly Plaintiff is most concerned with the fact that Plaintiff "did not" provide his social security numbers to either defendant. Plaintiff supports this assertion by the mere fact that no credit, no account, no debt, no application or services was applied nor received from the defendant.



27. Plaintiff has the right to discovery, to determine where defendant obtained his personal, private information from. Specifically Plaintiff will investigate through COMPLAINT FOR DAMAGES discovery where defendant obtained Plaintiff's social security number from, and what additional proprietary information was obtained by the defendant illegally and unlawfully, and how that information is being used. Defendant J.C. Christensen and Associates, Inc may also be guilty of identity theft under state and federal law.

28. Massachusetts further recognizes the Plaintiff's right to be free from invasions of privacy, thus Defendant violated Massachusetts General Law Chapter 93, §66 that says:

> Section 66. Any person who knowingly and willfully obtains information relative to a consumer from a consumer reporting agency under false pretenses shall be punished by a fine of not more than $5,000 or by imprisonment for not more than one year, or both.

## PLAINTIF DEMANDS
## WHEREFORE,

Plaintiff demands judgment be entered against Defendant: J.C. Christensen and Associates, Inc

1. Statutory violations and actual damages, punitive damages, attorney's fees and costs of $1,000, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a).

2. Statutory violations pursuant MGL Ch. 93 Sec.66 - $5,000 for invasion of privacy.

3. Double or treble damages plus reasonable attorney's fees pursuant to M.G.L. c. 93A § 3(A);

4. Punitive damages, compensatory damages in an amount determine by law;

5. Such other and further relief as may be just and proper determine by law, at trial, or by the court.

I state under penalty of perjury, under the laws of the United States of America that the forgoing is true and correct.

Date Feb 16, 2016    By _____
                        Consumer, Claimant

## SWORN AFFIDAVIT OF FACTS

I, Ilir Lecaj, hereby declare, swear and affirm the facts listed below are true and undisputed:

1. That: on April 21, 2015 J.C. Christensen obtained twice my credit file with Experian Credit Bureau.
2. That: I, Ilir Lecaj, on April 26, 2015 received a dunning letter from J.C. Christensen.
3. That: on May 2, 2015, I, Ilir Lecaj, served J.C. Christensen with a Dispute of Debt letter.
4. That: on July 4, I sent an "Intent to Sue" letter to J.C. Christensen.
5. That: in July 20, I received an answer of my Intent to Sue letter from J.C. Christensen.
6. That: I obtained a new Credit Report with Experian and the Credit Inquiries were still in my credit.

There is no doubt that J.C. Christensen and Associates Inc. violated FCRA and Massachusetts General Law Chapter 93, §66 and FDCPA for trying to collect an un-validated and un-verified debt.

I state under penalty of perjury, under the laws of the United States of America that the forgoing is true and correct.

Date _Feb 14, 2016_        By _Ilir Lecaj_
                              Consumer, Claimant

## JURAT

Massachusetts Commonwealth    )

Essex county                  )

On this _14_ day of _February_, 20_16_, before me, the undersigned notary public, personally appeared _Ilir Lecaj_, proved to me through satisfactory evidence of identification, which were _MASS Drivers Lic_, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

(Official signature and seal of Notary) _Amy M Harrell_

Amy M. Harrell
Notary Public
Massachusetts
Commission Expires May 20, 2019

Notary public: _____

WITNESS my hand and official seal.
_Amy M Harrell_
Signature of Notary Public

---

I.LECAJ vs J.C. CHRISTENSEN.        Page 6 of 6



**JCC** J.C. Christensen & Associates, Inc.

PO Box 519 • Sauk Rapids MN 56379
www.JCCSecurePay.com
Call us toll free at 1-866-811-9203
(CT) Monday - Tuesday: 8am - 8pm
Wednesday: 8am - 6pm
Thursday - Friday: 8am - 7pm
Saturday: 8am - 12pm

| Account Information | |
|---|---|
| Original Acct #: | XXXXXXXXXXXX0617 |
| File Number: | 16480575 |
| Regarding: | Capital One Bank (USA) N.A. |
| Current Creditor(s): | Cavalry SPV I LLC |
| Amount Owed: | $2958.92 |

**EXHIBIT A1**

## NOTICE OF COLLECTION AND SPECIAL OFFER

April 22, 2015

Dear ILIR LECAJ,

Your Capital One Bank (USA) N.A. has been purchased by Cavalry SPV I LLC and placed with us for collection. Our services have been contracted to represent in the recovery efforts of your delinquent account. Our records indicate that the outstanding balance on your account is $2958.92.

In an effort to resolve this matter as quickly as possible we have been authorized to negotiate GENEROUS SETTLEMENT TERMS on this account. Please review the following settlement opportunities to make voluntary resolution of your account a reality:

| OPTION 1 | OPTION 2 | OPTION 3 |
|---|---|---|
| Settle your account for a lump-sum payment of $2,219.19. That is a savings of 25% on your outstanding balance. | Extend your time and settle your account in 6 monthly payments of $419.18. This is a savings of $443.84 on your outstanding account balance. | Further extend your time and pay your balance in full in 12 payments of $246.58. |

To resolve your debt online, please visit us at www.JCCSecurePay.com.

To take advantage of this opportunity to settle your account, call Trevor Branson at 1-866-811-9203. As long as you haven't made other arrangements to repay this debt, you may be eligible for this offer. This offer is valid for 40 days from the date on this letter. If you wish to make a payment proposal after that time, please call us to discuss it. We are not obligated to renew this offer. The opportunities listed above do not alter or amend your validation rights as contained in this document.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.



Please call 1-866-811-9203 to see how you can best resolve your situation.



Mail all checks and payments to:
J.C. CHRISTENSEN AND ASSOCIATES, INC.
PO BOX 519
SAUK RAPIDS MN 56379-0519



To resolve your debt online, please visit us at:
www.JCCSecurePay.com

SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS

340NJCCA01OTV1N75

PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR PAYMENT.

ON-JCCA01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Please visit us at: www.JCCSecurePay.com

PLEASE SEND ALL CORRESPONDENCE TO:

Please be aware that if the amount of debt forgiven as a result of settlement is equal to or greater than $600.00, your current creditor may be required by Internal Revenue Code Section 6050P to report the forgiven debt to the IRS and issue a form 1099c. If you have any questions regarding your personal taxes, it is recommended you consult with a certified public accountant or other tax professional.

**EXHIBIT A2**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Notice of Important Rights: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector. J.C. Christensen & Associates, Inc. PO Box 519 Sauk Rapids MN 56379..

DTV1N75

---

**PAYMENT OPTIONS**

- Go to Western Union Quick Collect. Code City: JCC, MN
- Pay by phone: 1-866-611-9203 or visit www.JCCSecurePay.com
- Pay with VISA, MasterCard, American Express or Discover by completing and returning sections 1 and 2 in the form below.

☐ INDICATE ADDRESS CORRECTIONS BELOW (Section 2)

**EXHIBIT B1**

Ilir Lecaj
15 Juniper Street
Ipswich, Massachusetts
01938

VIA Certified Mail# 7014 0150 0000 6645 3413

J.C.Cristensen And Associates, Inc
P.O Box 519
Sauk Rapids, MN, 56379-0519

### DISPUTE THE VALIDITY OF DEBT

RE: Your letter dated April 22, 2015           Your account # 18480575

To: J.C.Cristensen And Associates, Inc

    Greating.

    I got this communication from your office, (see attached copy), you say I own you $2958.92. I do not recall that you loaned me any amount or provided any service.
    Can you please validate and verify the debt?

    If you sell this debt, please mark it **DISPUTED**.
    You do not you have my permission to obtain my credit or report trade line with the CRA-s.

Thank you
Ilir Lecaj  _/s/ Ilir Lecaj_           Date 4/28/2015

2/16/2016                                     USPS.com® - USPS Tracking®

English        Customer Service        USPS Mobile                                    Register / Sign In

# ZUSPS.COM®                                                        Exhibit B2

## USPS Tracking®

  Customer Service ›
Have questions? We're here to help.

  Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140150000086453413

Updated Delivery Day: Wednesday, May 6, 2015

## Product & Tracking Information                    Available Actions

Postal Product:              Features:
First-Class Mail®            Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 6, 2015, 8:42 am | Delivered | SAUK RAPIDS, MN 56379 |

Your item was delivered at 8:42 am on May 6, 2015 in SAUK RAPIDS, MN 56379.

| | | |
|---|---|---|
| May 6, 2015, 7:00 am | Available for Pickup | SAUK RAPIDS, MN 56379 |
| May 6, 2015, 6:59 am | Arrived at Unit | SAUK RAPIDS, MN 56379 |
| May 1, 2015, 5:01 am | Departed USPS Facility | WAITE PARK, MN 56387 |
| April 30, 2015, 11:56 pm | Arrived at USPS Origin Facility | WAITE PARK, MN 56387 |
| April 30, 2015, 7:01 pm | Departed USPS Facility | MINNEAPOLIS, MN 55401 |
| April 30, 2015, 9:39 am | Arrived at USPS Origin Facility | MINNEAPOLIS, MN 55401 |
| April 29, 2015, 12:11 am | Departed USPS Facility | BOSTON, MA 02205 |
| April 28, 2015, 8:51 pm | Arrived at USPS Facility | BOSTON, MA 02205 |
| April 28, 2015, 1:07 pm | Departed Post Office | ROWLEY, MA 01969 |
| April 28, 2015, 12:35 pm | Acceptance | ROWLEY, MA 01969 |

## Track Another Package

Tracking (or receipt) number

| 70140150000086453413 |    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS › 

# Your personal credit report

Prepared for: ILIR LECAJ
Date: June 02, 2015
Report number: 1088-5110-53

PO Box 9701
Allen, TX 75013



0000736 01 MB 0.890 **AUTO  507137 01938-163215   C02-700736-1
ILIR LECAJ
15 JUNIPER ST
IPSWICH MA 01938-1832

In response to your recent request, we're pleased to send you this credit report. Your credit information can change over time, so we recommend you keep track of any changes by signing up for credit monitoring at experian.com/monitor.

Scan me with your smart phone for special offers from Experian.

## Contents

- 2   About the information in this report
- 2   Tools to manage your personal credit
- 2   Disputing information in this report
- 3   Your accounts that may be considered negative
- 5   Your accounts in good standing
- 16  Record of requests for your credit history
- 18  Your personal information
- 19  Dispute form
- 20  Notification of Rights

For your attention
Visit experian.com/view to view this credit report instantly online. You may also dispute most information directly and easily without the optional reports.

EXHIBIT C1
Page 1 of 20

EXHIBIT C2



Prepared for: ILIR LECAJ
Date: June 02, 2015
Report number: 1068-5110-53

Page 16 of 20

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

TD BANK N.A.
5 COMMERCE PARK N
BEDFORD NH 03110
(630) 647 2111
Address identification number:
0002086540

Date
May 6, 2015
Reason
Unspecified. This inquiry is scheduled to continue on record until Jun 2017.

J C CHRISTENSEN & ASSOC
200 14TH AVE E
SARTELL MN 56377
(320) 253 7800
Address identification number:
0002086540

Date
Apr 21, 2015
Reason
Unspecified. This inquiry is scheduled to continue on record until May 2017.

DISCOVER FINANCIAL SERVI
PO BOX 15316
WILMINGTON DE 19850
(800) 347 2683
Address identification number:
0002086540

Date
Jun 29, 2013
Reason
Unspecified. This inquiry is scheduled to continue on record until Jul 2015.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

CHASE CARD   PO BOX 15298   WILMINGTON DE 19850
(800) 432 3117
Date of inquiry: May 21, 2015

AMERICAN EXPRESS   PO BOX 981537   EL PASO TX 79998
(802) 537 8500
Date of inquiry: May 20, 2015; Apr 28, 2015; Mar 18, 2015; Feb 18, 2015; Jan 29, 2015; Dec 12, 2014

TD BANK N.A.   ONE HERITAGE SQ   PORTLAND ME 04112
(800) 496 4481
Date of inquiry: May 12, 2015

TD BANK NA 54 CENTRAL ST   FOXBORO MA 02035
(508) 543 5300
Date of inquiry: May 12, 2015

CHASE CARD   PO BOX 15298   WILMINGTON DE 19850
(800) 432 3117
Date of inquiry: May 08, 2015

0644560859

EXHIBIT C3



Prepared for: ILIR LECAJ
Date: June 02, 2015
Report number: 1068-5110-53

Page 17 of 20

J C CHRISTENSEN & ASSOC  200 14TH AVE E   SARTELL MN 56377
(320) 253 7800
Date of Inquiry: Apr 21, 2015

TD BANK N.A.  32 CHESTNUT ST   LEWISTON ME 04240
(207) 755 4376
Date of Inquiry: Mar 23, 2015

FIRST NATIONAL BANK OF OMAHA  1620 DODGE ST   OMAHA NE 68102
(402) 342 2265
Date of Inquiry: Jan 09, 2015

SANTANDER BANK NA  450 PENN   READING PA 19601
(877) 768 2265
Date of Inquiry: Jan 08, 2014

EXPERIAN  PO BOX 9600   ALLEN TX 75013
(800) 311 4769
Date of Inquiry: Oct 31, 2014; Jul 16, 2014; May 13, 2014; Apr 26, 2014; Mar 26, 2014; Aug 26, 2013; Oct 21, 2011; Oct 14, 2011; Dec 23, 2009

BK OF AMER  PO BOX 17054   WILMINGTON DE 19850
(800) 421 2110
Date of Inquiry: Dec 06, 2013

TRUELINK  100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 782 8282
Date of Inquiry: Aug 23, 2014; Jun 26, 2014; Jun 25, 2014; Jun 17, 2014; Jun 15, 2014; Jun 04, 2014; May 30, 2014; May 29, 2014; May 15, 2014; May 14, 2014; May 08, 2014; May 07, 2014; May 06, 2014; May 04, 2014; May 02, 2014; Apr 25, 2014; Apr 06, 2014; Apr 05, 2014; Apr 04, 2014; Apr 01, 2014; Mar 27, 2014; Mar 23, 2014; Mar 21, 2014; Mar 07, 2014; Mar 06, 2014; Mar 05, 2014; Mar 04, 2014; Mar 01, 2014; Feb 19, 2014; Feb 07, 2014; Feb 06, 2014; Feb 05, 2014; Feb 04, 2014; Feb 01, 2014; Jan 19, 2014; Jan 16, 2014; Jan 08, 2014; Jan 07, 2014; Jan 06, 2014; Jan 04, 2014; Jan 03, 2014; Jan 01, 2014; Dec 25, 2013; Dec 17, 2013; Dec 06, 2013; Dec 05, 2013; Nov 16, 2013; Nov 08, 2013; Nov 06, 2013; Oct 17, 2013; Oct 08, 2013; Sep 18, 2013

TRANSUNION INTERACTIVE  100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 782 8282
Date of Inquiry: Nov 19, 2013; Sep 06, 2013

TRANSUNION INTERACTIVE
No phone number available
Date of Inquiry: Sep 06, 2013

TCM BANK NA  2701 N ROCKY POINT DR STE 700   TAMPA FL 33607
(813) 287 4860
Date of Inquiry: May 02, 2014

0644560859

**EXHIBIT D1**

Ilir Lecaj
15 Juniper Street
Ipswich, Massachusetts
01938

VIA Certified Mail# 7015 0640 0007 9064 2469

J.C.Cristensen & Associates, Inc
P.O Box 519
Sauk Rapids, MN, 56379-0519

## NOTICE OF INTENT TO SUE

To: J.C.Cristensen And Associates, Inc

Greating.

Recently I ordered my credit reports, going through it I discovered that your Law Firm, **J.C.Cristensen & Associates, Inc**, has obtained my credit with Experian Credit Bureau, on April 21, 2015. I am attaching a redacted copy of the page that shows the inquiry. I do not recall applying for any credit, insurance, employment or getting any service from your firm. I deem the inquiry to be **non-permissible**.

By obtaining my credit without a permissible purpose you have violated FCRA, 15 U.S.C. § 1681b (f) and Massachusetts General Law (MGL) c.93A.

I have the intention to sue your firm under FCRA, FDCPA and MGL but I am willing to settle this matter amicably without having to file suit and am giving you 15 days from receipt of this letter to take the opportunity to do so. If **J.C.Cristensen & Associates, Inc** chooses not to settle the matters at hand, then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached via email at ilecaj@ifisoft.net.
This email address is to be used only for this purpose and no other matters.
Respectfully,

Ilir Lecaj _Ilir Lecaj_     Date 07/04/2015

2/16/2016          USPS.com® - USPS Tracking®

English    Customer Service    USPS Mobile          Register / Sign in

**≣USPS.COM®**      Exhibit D2

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70150640000790642469

**On Time**
**Expected Delivery Day: Thursday, July 9, 2015**

## Product & Tracking Information

**Available Actions**

**Postal Product:**      **Features:**
First-Class Mail®      Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 9, 2015, 8:44 am | Delivered | SAUK RAPIDS, MN 56379 |

Your item was delivered at 8:44 am on July 9, 2015 in SAUK RAPIDS, MN 56379.

| | | |
|---|---|---|
| July 9, 2015, 8:00 am | Sorting Complete | SAUK RAPIDS, MN 56379 |
| July 9, 2015, 7:55 am | Available for Pickup | SAUK RAPIDS, MN 56379 |
| July 9, 2015, 7:55 am | Arrived at Unit | SAUK RAPIDS, MN 56379 |
| July 9, 2015, 4:44 am | Departed USPS Facility | WAITE PARK, MN 56387 |
| July 8, 2015, 10:37 pm | Arrived at USPS Origin Facility | WAITE PARK, MN 56387 |
| July 8, 2015, 7:01 pm | Departed USPS Facility | MINNEAPOLIS, MN 55401 |
| July 8, 2015, 4:32 pm | Arrived at USPS Origin Facility | MINNEAPOLIS, MN 55401 |
| July 7, 2015, 9:39 am | Departed USPS Facility | BOSTON, MA 02205 |
| July 6, 2015, 11:47 pm | Arrived at USPS Facility | BOSTON, MA 02205 |
| July 6, 2015, 5:10 pm | Departed Post Office | IPSWICH, MA 01938 |
| July 6, 2015, 10:34 am | Acceptance | IPSWICH, MA 01938 |

## Track Another Package

Tracking (or receipt) number

| 70150640000790642469 | | Track It |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



 **JCC** J.C. Christensen and Associates, Inc.   200 14th Avenue East | Sartell, MN 56377
p800-692-7374 | f320-253-7860 | www.arrayeg.com

**EXHIBIT E**

July 20, 2015

Ilir Lecaj
15 Juniper St
Ipswich, MA 01938

Re:   JCC Account #: 18480575
Current Creditor: Cavalry SPV I, LLC
Original Account Ending: 0617
Original Creditor: Capital One Bank, N.A.

Dear Ilir Lecaj,

J. C. Christensen and Associates, Inc. ("JCC") has completed its investigation regarding your recent credit bureau report inquiry.

The above account was placed with J.C. Christensen & Associates, Inc. ("JCC") for collection ("Account"). The initial collection notice mailed to you included the required language under the Fair Debt Collection Practices Act ("FDCPA") setting forth your right to dispute the debt and demand verification of the debt.

The Fair Credit Reporting Act ("FCRA") outlines under what circumstances a consumer report can be accessed. Under Section 1681b(3)(a) of the FCRA a permissible purpose is listed as: Intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer. Thus, JCC had a permissible purpose.

If I can be of further assistance, please don't hesitate to contact me at 320-534-3614.

Regards,

Delilah Stellmach
Compliance Director

This communication is from a debt collector and is made for the limited purpose of responding to your dispute. This is NOT an attempt to collect a debt.

Array Services Group, Inc.
CareCall, Inc. | ProSource Billing, Inc. | J.C. Christensen and Associates, Inc.

:::: Experian
A world of insight.

Prepared for: ILIR XHEMAL LECAJ
Date: July 16, 2015
Report number: 1339-6399-05

**EXHIBIT F1**
Page 1 of 20

Dear ILIR XHEMAL LECAJ,

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

GREEN TREE SERVICING
6686,...
PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.-

Scan me with your smart phone for special offers from Experian.

PO Box 9701
Allen, TX 75013

0000732
ILIR XHEMAL LECAJ
15 JUMPER ST
IPSWICH MA 01938-1832

We are responding to your request to remove a name or Social Security number on your personal credit report. We store information based on identification information provided to us by credit grantors or from information contained in public records. One or more sources of information reported the information you questioned and it is a part of your credit history.

If you believe a name or Social Security number in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone at 1 (800) 509-8495 if you need additional assistance to determine the specific source of this particular information on your credit report.

You will not receive this explanation again if you dispute this same item within the next 30 days.

We store address information as it is sent to us by your credit grantors or from information contained in public records. One or more sources of information reported the address you questioned and it is a part of your credit history.

If you believe an address in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone at 1 (800) 509-8495 if you need additional assistance to determine the specific sources of particular address information on your credit report.

You will not receive this explanation again if you dispute this same item within the next 30 days.

Items on your report that are considered to be "potentially negative", such as late payments, accounts included in bankruptcies, public record items, collections, unpaid or paid in settlement, charge-off, etc., could be considered less favorable or require closer review by companies reviewing your credit history.

Potentially negative items are listed under a separate heading in your personal credit report for your own reference. On credit reports provided to others with a permissible purpose, potentially negative items are not grouped into a separate section.

0644560859