UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILIR LECAJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 16-10498-LTS |
| | ) |
| J.C. CHRISTENSEN AND ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

April 20, 2016

SOROKIN, J.

The Motion to Remand, Doc. No. 8, is DENIED, as the Complaint asserts a claim under federal law.  See Doc. No. 2-1 at 3.  The Motion to Dismiss for Failure to State a Claim, Doc. No. 5, is ALLOWED for two reasons.  First, it is ALLOWED as unopposed.  Second, the Motion is ALLOWED on the merits for the reasons set forth in Defendant's papers.  See Doc. No. 5.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge